UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:11-00092 |
| ) | JUDGE CAMPBELL |
| DENXEL JACQUIEL RUSSELL ) | |

ORDER

The sentencing hearing currently scheduled for August 6, 2012, is RESCHEDULED for August 14, 2012, at 11:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE